# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**UNITED STATES OF AMERICA**

**v.**                      **CRIMINAL CASE NO.: 3:19-cr-99-HTW-LRA**

**EDGAR LEONEL SOTO-LEON**

## ORDER GRANTING CONTINUANCE

Before this court is the unopposed motion of the Defendant Edgar Leonel Soto-Leon, by counsel, for a continuance of the trial in this cause **[doc. no. 31]**. The co-defendant, Matthew Williams, through counsel, also made an *ore tenus* motion for continuance. The Government does not object to a continuance in this matter. This court conducted a conference with all attorneys regarding the scheduling of this matter on July 8, 2019. The presence of the Defendants was waived as well as the making of a record. Federal Public Defender Jessica Bourne and Assistant U.S. Attorney David Fulcher were present in the courtroom, and Attorney Aafram Sellers participated by telephone.

This Court, having considered the motions, finds them to be well taken and they are hereby granted; and the period of delay shall be excluded in computing the time within which the trial of this matter commences in accordance with the Speedy Trial Act, Title 18 U.S.C. §3161.

This matter is currently set for trial on July 10, 2019. Defendants' counsel need additional time to prepare and the ends of justice outweigh the best interests of the public and the defendant in a speedy trial in this cause. The defendants have specifically waived any speedy trial objections heretofore arising or which may arise as a result of this requested continuance under the Speedy Trial Act or the Constitution.

IT IS THEREFORE ORDERED that Defendants' Motion for Continuance **[doc. no. 31]** and *ore tenus* motion are **granted.** This matter is continued until August 26, 2019, at 9:00 a.m. The period of delay shall be excluded in computing the time within which the trial of this matter commences in accordance with the Speedy Trial Act.

SO ORDERED this the 9th day of July, 2019.

s/ HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE