IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                CRIMINAL NO. 3:19-CR-99 HTW-LRA

MATTHEW WILLIAMS

## **ORDER**

This cause is before the Court on Defendant's letter motion through which he seeks to obtain copies of his sentencing transcripts, plea agreement, docket sheet and indictment, presumably at government expense.  The court finds that because there is neither an appeal nor petition for habeas corpus relief currently pending in  Defendant's criminal case, his motion should be denied.  See *Walker v. United States*, 424 F.2d 278-79 (5th Cir. 1970).

IT IS, THEREFORE, ORDERED that Defendant's Letter Motion for copies [doc. no. 65] is denied.

SO ORDERED this the 11th day of August, 2021.

_s/ HENRY T. WINGATE_____
UNITED STATES DISTRICT JUDGE